

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHAHAB SAQIB,

                        Plaintiff,                 **ORDER AND CIVIL JUDGMENT**

-against-

                                                     07-CV-4888 (NGG)

SALVATORE ALBANESE & COMPANY;
JOHN AND JANE DOE,

                        Defendants.
-------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge:

By Memorandum & Order dated December 17, 2007 (Docket Entry #4), the court dismissed Plaintiff Shahab Saqib's ("Plaintiff" or "Saqib") Complaint with leave to replead, within thirty days, to show what steps he had taken to exhaust his administrative remedies under Title VII. On January 16, 2008, Plaintiff filed an Amended Complaint. (See Docket Entry # 5.) The Amended Complaint, however, fails to comply with the court's Order to show what steps he has taken to exhaust his administrative remedies, such as providing the date he filed a discrimination charge, providing the date he received a right-to-sue notice from the U.S. Equal Employment Opportunity Commission, or attaching a copy of the right to sue notice. Accordingly, it is –

**ORDERED, ADJUDGED AND DECREED**: That the action, filed *in forma pauperis*, is hereby dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 22, 2008                    /signed/
       Brooklyn, New York             NICHOLAS G. GARAUFIS
                                                        United States District Judge